**Order entered April 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00625-CR

**DEMETRIA YUVETTE OLIVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F08-53094-J**

## ORDER

Before the Court is the State's motion for extension of time to file State's brief, which was filed on April 18, 2013. We **GRANT** the motion. We **ORDER** the State's brief received on April 18, 2013, filed as of the date of this order.

/s/      JIM MOSELEY
           JUSTICE